UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Trista A. S., | Civil No. 20-cv-425 (ADM/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| Kilolo Kijakazi, Acting Commissioner of Social Security, | |
| Defendant. | |

---

Based upon the Report and Recommendation by United States Magistrate Judge Becky R. Thorson dated March 29, 2022 (ECF No. 45), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Plaintiff's counsel is awarded attorney's fees in the amount of $13,344.00;

2. The $13,344.00 shall be paid to Plaintiff's counsel from the funds withheld from Plaintiff's past-due disability insurance benefits, allocated for Plaintiff's children's benefits, for payment of attorney's fees.

Date: April 14, 2022

s/Ann D. Montgomery
Ann D. Montgomery
United States District Judge